FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 27 PM 1: 52

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARREL BUSH, and NATASHA BUSH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV417-153 |
| BERNET INTERNATIONAL TRADING, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Discovery and other deadlines in this removed personal-injury action have been extended several times, but all have expired. *See* doc. 41. Accordingly, the case is ready to proceed to trial. The parties are **DIRECTED** to confer and submit a proposed pretrial order[1] within seven days of the date of this Order. The District Judge will then schedule a pretrial conference.

**SO ORDERED**, this 27th day of June, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website, www.gas.uscourts.gov, under "forms.'